Entered on Docket
November 02, 2009

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge
_____

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. *************8101/ Our File No. 08-11-7205

Attorney for Secured Creditor
Chase Home Finance, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
    FERNANDO MENDOZA JR,
    MELINDA S. MENDOZA

    Debtor(s)

CHAPTER 7
BANKRUPTCY NO.: 08-18628-MKN
DATE: Oct 07, 2009
TIME: 1:30 PM

## ORDER TERMINATING THE AUTOMATIC STAY
## RE: DEBTOR AND BANKRUPTCY ESTATE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay re: Debtor and Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured Creditor, Chase Home Finance, LLC, its assignees and/or successors in interest, regarding the property located and generally described as 3516 Orr Ave, North Las Vegas, NV 89030, ("Property" herein) and legally described as follows:

SEE LEGAL DESCRIPTION ATTACHED

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By:   <u>/s/ Michael W. Chen</u>    Date: _____
      Michael W. Chen, Esq.
      Attorney for Secured Creditor
      Chase Home Finance, LLC


By:   <u>*Emailed 10/12/09- No Response Received*</u>  Date: _____
      William A. Leonard
      Chapter Trustee

LEGAL DESCRIPTION
EXHIBIT A


LOT TWENTY-EIGHT (28) IN BLOCK TWENTY-SIX (26) OF EAST VEGAS TRACT, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 1 OF PLATS, PAGE 106, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

_____The court has waived the requirement of approval under LR 9021.

_____No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

William A. Leonard – failed to respond

###

Motion to Lift Stay - Personal Property - 1